that Jeremy R. Feinberg, Esq., Proskauer Rose LLP, 1585 Broadway, New York, NY 10036-8299 is assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v S.A. CONNELL, Respondent.

Submitted January 20, 2004; decided February 24, 2004

Motion for leave to appeal dismissed upon the ground that the motion for leave to appeal to this Court does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

ZACHARY D. RUFFING, Plaintiff, CANDACE CURTIS et al., Respondents, and HEATHER CURTIS, Respondent-Appellant, v UNION CARBIDE CORPORATION et al., Defendants, and INTERNATIONAL BUSINESS MACHINES CORPORATION, Appellant-Respondent.

Submitted February 12, 2004; decided February 24, 2004

Motion by International Business Machines Corporation for a stay granted to the extent of staying so much of the Appellate Division order as granted Candace Curtis's motion to amend the complaint.

Judge ROSENBLATT taking no part.

ZACHARY D. RUFFING, Plaintiff, CANDACE CURTIS et al., Respondents, and HEATHER CURTIS, Respondent-Appellant, v UNION CARBIDE CORPORATION et al., Defendants, and INTERNATIONAL BUSINESS MACHINES CORPORATION, Appellant-Respondent.

Submitted February 12, 2004; decided February 24, 2004

Appeal taken by Heather Curtis dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order of the Appellate Division upon which jurisdiction is